# EXHIBIT A



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = shemale yum
Search Results: Displaying 3 of 4 entries



*Shemale Yum - Jenna Comes A'Knocking!*

|  |  |
|---:|:---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001759869 / 2011-11-06 |
| **Application Title:** | Shemale Yum - Jenna Comes A'Knocking! |
| **Title:** | Shemale Yum - Jenna Comes A'Knocking! |
| **Description:** | DVD-ROM. |
| **Copyright Claimant:** | Millennium TGA Inc. Address: 770 Kapiolani Blvd. Suite 514, Honolulu, HI, 96813, United States. |
| **Date of Creation:** | 2011 |
| **Date of Publication:** | 2011-10-07 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Millennium TGA Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture, production/producer, direction/director, script/screenplay, cinematography/cinematographer, editing/editor. |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Millennium TGA Inc. |





Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |